United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN YOUNG,<br><br>    Petitioner,<br><br>vs.<br><br>ALAMEDA COUNTY SUPERIOR COURT,<br><br>    Respondent. | No. C 12-04015 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

    On July 13, 2012, Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Clerk sent Petitioner a notice on the same day that he must either pay the full filing fee or file an in forma pauperis ("IFP") application within thirty days or the case would be dismissed. (Docket No. 2.) Along with the notice, Petitioner was mailed the court's In Forma Pauperis Application, instructions for completing such an application, including a Certificate of Funds form to be completed and signed by a prison official, and a return envelope. (Id.) On August 28, 2012, Petitioner filed an IFP application. (Docket No. 3.) This IFP application is deficient because Plaintiff failed to submit a Certificate of Funds in Prisoner's Account that was completed and

Order Granting EOT to file IFP
G:\PRO-SE\SJ.EJD\HC.12\04015Young_eot-ifp.wpd

signed by an authorized prison official or a statement of his trust account for the last six (6) months. (Id.)

In the interest of justice, Petitioner is granted an extension of time to file the missing documents to complete his IFP application. Petitioner must file a completed Certificate of Funds in Prisoner's Account and statement of his trust account for the last six (6) months **no later than thirty (30) days** from the date this order is filed. In the alternative, Petitioner may pay the $5.00 filing fee in the same time provided.

**<u>FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PETITIONER.</u>**

The Clerk shall enclose two blank copies of the Certificate of Funds in Prisoner's Account with a copy of this order to Petitioner.

DATED: 9/21/2012

EDWARD J. DAVILA
United States District Judge

Order Granting EOT to file IFP
G:\PRO-SE\SJ.EJD\HC.12\04015Young_eot-ifp.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN YOUNG,<br><br>        Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY OF et al,<br><br>        Defendant. | Case Number: CV12-04015 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Young T-15087
San Quentin State Prison
San Quentin, CA 94974

Dated: September 24, 2012

                                                Richard W. Wieking, Clerk
                                                /s/ By: Elizabeth Garcia, Deputy Clerk