**Filed**

NOV 0 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN YOUNG,<br><br>    Petitioner,<br><br>vs.<br><br>ALAMEDA COUNTY SUPERIOR COURT,<br><br>    Respondent. | No. C 12-04015 EJD (PR)<br><br>JUDGMENT |

The Court has dismissed the instant petition for writ of habeas corpus without prejudice for Petitioner's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: 11/1/12

EDWARD J. DAVILA
United States District Judge

Judgment
G:\PRO-SE\SJ.EJD\HC.12\04015Young_judgment.wpd

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

BRIAN YOUNG,

    Petitioner,

v.

ALAMEDA COUNTY SUPERIOR COURT,

    Respondent.

Case Number C 12-04015 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/02/12, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Brian Young**
T-15087
San Quentin State Prison
San Quentin, CA 94974

DATED: 11/02/12

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk